**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Juan German Loja Mayancela,

Petitioner,

v.

Antone Moniz, et al,

Respondent[s].

Civil Action No. 26-CV-14086-AK

**ORDER CLOSING CASE**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 12] entered on 10/30/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **CLOSED**.

Dated: 11/9/2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk